UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALTER ESCOBAR TRUJILLO,<br><br>  Plaintiff,<br><br>v.<br><br>DANIEL BECK et al.,<br><br>  Defendant. | Case No. 5:26-cv-01312-SB-DTB<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, the Court orders as follows:

1. Petitioner's habeas corpus petition is granted.  Respondents shall immediately release Petitioner from immigration detention.

2. Respondents are enjoined and restrained from re-detaining Petitioner absent any of the following: (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13; or (b) a showing of changed circumstances under 8 C.F.R § 241.13 considering all the facts of the case.

3. Respondents shall not remove Petitioner to a third country without written notice to Petitioner in a language Petitioner can understand.

4. Following notice, Petitioner must be given a meaningful opportunity and a minimum of fifteen (15) days to raise a fear-based claim for protection under the Convention Against Torture prior to removal.  If Petitioner demonstrates reasonable fear of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings.  If Petitioner is not found to have demonstrated a reasonable fear of removal to the third country, Respondents must provide a meaningful opportunity,

1

and a minimum of fifteen (15) days, for Petitioner to seek reopening of his immigration proceedings.

This is a final judgment.

Date: April 24, 2026

_____

Stanley Blumenfeld, Jr.
United States District Judge

2